O

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE SOTO ALVAREZ, | ) | Case No. ED CV 11-381-JFW (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RON BARNES, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: December 3, 2012

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE